# Third District Court of Appeal
## State of Florida

Opinion filed June 18, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0764
Lower Tribunal No. F02-018401

————————————

## Christopher McBride,
Appellant,

vs.

## State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Christopher McBride, in proper person.

James Uthmeier, Attorney General, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.